1  Jonathan M. Cohen (SBN 168207)
   Dylan B. Carp (SBN 196846)
2  **KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP**
   Four Embarcadero Center, 10th Floor
3  San Francisco, CA 94111
   Telephone: (415) 249-1000
4  Facsimile:  (415) 249-1001
   E-Mail: jcohen@klng.com
5  E-Mail dcarp@klnd.com

6

   Attorneys for Defendant
7  FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 10  STEPHEN WHITEWAY, individually and on behalf of all others similarly situated, | Case No. C 05-02320 SBA |
| 11  Plaintiffs, | **STIPULATION TO CONTINUE HEARING ON DEFENDANT FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.'S MOTION FOR PROTECTIVE ORDER LIMITING COMMUNICATION WITH PUTATIVE CLASS MEMBERS** |
| 12  v. | |
| 13  FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., and DOES 1 through 25, inclusive, | HEARING DATE: September 16, 2005<br>HEARING TIME: 1:30 p.m.<br>HEARING JUDGE: Joseph C. Spero<br>COURTROOM: A |
| 15  Defendants. | |
| 17 | Date Action Filed: May 19, 2005<br>Trial Date: Not set |

1  This Stipulation is entered into by and between Plaintiff Stephen Whiteway ("Whiteway") by
2 and through his counsel Scott Cole & Associates, APC, and Defendant FedEx Kinko's Office and
3 Print Services, Inc. ("Kinko's") by and through its counsel Kirkpatrick & Lockhart Nicholson
4 Graham LLP, as follows:

5  WHEREAS, the Court set a hearing date on Kinko's' motion for protective order for
6 September 16, 2005;

7  WHEREAS, Kinko's' counsel have represented that they are unavailable that date and also
8 unavailable the two subsequent Fridays, September 23 and 30;

9  THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

10  That the hearing date on Kinko's' motion for protective order be continued until **October 7,**
11 **2005 at 9:30 a.m.** The briefing schedule shall not be changed, Kinko's' reply brief remains due on
12 September 2, 2005.

13
14 Dated: August 29, 2005        /S/
                            _____
                            Jonathan M. Cohen, Esq.
15                           Dylan B. Carp, Esq.
                            KIRKPATRICK & LOCKHART
16                           NICHOLSON GRAHAM LLP
                            Four Embarcadero Center, 10th Floor
17                           San Francisco, CA 94111
                            Counsel for Defendant
18                           FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

19
20 Dated: August 29, 2005        /S/
                            _____
                            Scott Edward Cole, Esq.
21                           Matthew R. Bainer, Esq.
                            Clyde H. Charlton, Esq.
22                           SCOTT COLE & ASSOCIATES, APC
                            1970 Broadway, Suite 950
23                           Oakland, CA 94612
24                           Counsel for Plaintiff
                            STEPHEN WHITEWAY
25
26
27
28

STIPULATION TO CONTINUE HEARING ON DEFENDANT FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.'S MOTION FOR
PROTECTIVE ORDER LIMITING COMMUNICATION WITH PUTATIVE CLASS MEMBERS

1  [PROPOSED] ORDER

2       IT IS SO ORDERED.

3  Dated: August 30, 2005

4                                          _____
                                           Hon. Joseph C. Spero
                                           United States Magistrate Judge

- 3 -

STIPULATION TO CONTINUE HEARING ON DEFENDANT FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.'S MOTION FOR
PROTECTIVE ORDER LIMITING COMMUNICATION WITH PUTATIVE CLASS MEMBERS