IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN WHITEWAY,            No. C 05-2320 SBA

    Plaintiff,                         **ORDER**

    v.

FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., and DOES 1 through 25,

    Defendants.
_____/

    Good cause appearing,

    IT IS HEREBY ORDERED THAT the Case Management Conference is CONTINUED to **January 11, 2006 at 3:30 p.m.**, and will proceed **telephonically**. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

Dated: 11/15/05                                _/s/ Saundra B. Armstrong_
                                                   SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge