**United States District Court**
For the Northern District of California

1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7
                                              Case No.  C-05-2320 SBA (JCS)
8    STEPHEN WHITEWAY,

9              Plaintiff(s),
                                              **ORDER TO MEET AND CONFER**
10        v.

11   FEDEX KINKO'S OFFICE AND PRINT
     SERVICES, INC.,
12
               Defendant(s).
13   _____/

14         On March 7, 2006, Representative Plaintiff filed a Motion to Compel Defendant Fedex

15   Kinko's Office and Print Services, Inc. to Provide Further Responses to Plaintiff's Discovery

16   Requests and a Request for Imposition of Monetary Sanctions (the "Motion") (Docket No. 52).

17         IT IS HEREBY ORDERED that lead trial counsel for the Representative Plaintiff and lead

18   trial counsel for Defendant shall meet and confer, *in person*, regarding the issues contained in the

19   Motion on **March 17, 2006, at 9:30 a.m.**  The meet-and-confer session will take place in Courtroom

20   A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

21         IT IS SO ORDERED.

22

23   Dated: March 8, 2006

24                                          _____
                                            Joseph C. Spero
25                                          United States Magistrate Judge

26

27

28