Jonathan M. Cohen (SBN 168207)
Dylan B. Carp (SBN 196846)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Four Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 249-1000
Facsimile: (415) 249-1001
E-Mail: jcohen@klng.com
E-Mail dcarp@klng.com

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WHITEWAY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., and DOES 1 through 25, inclusive,<br><br>*Defendants.* | Case No. C 05-02320 SBA (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEET AND CONFER TO MARCH 24, 2006**<br><br>Date Action Filed: May 19, 2005<br>Trial Date: Not set |

The parties stipulate as follows:

Upon receipt of Magistrate Judge Spero's order requiring that trial counsel meet and confer on March 17, 2006 as to Plaintiff's motion to compel, trial counsel for defendant FedEx Kinko's identified a conflict due to a previously scheduled mediation.

Defense counsel immediately notified Plaintiff's counsel, Scott Cole, and advised him of the conflict. Jonathan Cohen asked for Scott Cole's availability during the following week, since the parties will be conducted a deposition in San Diego during the week of March 13 and therefore would be unable to advance the hearing.

Mr. Cole's assistant provided two alternative dates during the week of March 20th, only one of which (Friday, March 24th) was available on defense counsel' calendar.

SF-108226 v1 1302725-0901

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEET AND CONFER

Defense counsel's assistant informed Magistrate Judge Spero's clerk of the parties agreement to continue the meet and confer to March 24th. She requested that the parties electronically file a stipulation.

Dated: 3/10/06

Jonathan M. Cohen, Esq.
Dylan B. Carp, Esq.
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Four Embarcadero Center, 10th Floor
San Francisco, CA 94111
Counsel for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

Dated: 3/10/06

Scott Edward Cole, Esq.
Matthew R. Bainer, Esq.
Clyde H. Charlton, Esq.
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Suite 950
Oakland, CA 94612
Counsel For Plaintiff
STEPHEN WHITEWAY

### [PROPOSED] ORDER

IT IS ORDERED that the meet and confer set for March 17, 2006 will be rescheduled to March 24, 2006, at 9:30 a.m., in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: March 17, 2006

Hon. Joseph C. Spero
U.S. Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEET AND CONFER