UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WHITEWAY,<br><br>       Plaintiff(s),<br><br>  v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>       Defendant(s). | Case No.  C-05-2320 SBA (JCS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS AND DENYING PLAINTIFF'S MOTION FOR IMPOSITION SANCTIONS [Docket No. 52]** |

On March 7, 2006, Plaintiff filed a Motion to Compel Defendant to Provide Further Responses to Plaintiff's Discovery Requests and Motion for Imposition Sanctions.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is DENIED as moot. Defendant shall, as agreed to at the meet-and-confer session on March 24, 2006, produce all responsive documents by **April 21, 2006.**  The Motion for Imposition Sanctions is DENIED. The motion hearing date of April 21, 2006, at 9:30 a.m., has been taken off calendar.

IT IS SO ORDERED.

Dated: March 29, 2006

_____
Joseph C. Spero
United States Magistrate Judge