Jonathan M. Cohen (SBN: 168207)
Krista M. Enns (SBN: 206430)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: jcohen@winston.com

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WHITEWAY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | **Case No. C 05-02320 SBA**<br><br>**ORDER GRANTING DEFENDANT FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.'S REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR THE SEPTEMBER 12, 2006 CIVIL HEARING RE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:  September 12, 2006<br>Time:  1:00 p.m.<br>Place: Courtroom 3, Third Floor<br>Judge: The Hon. Saundra Brown Armstrong |

**DEFENDANT'S REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR
THE 9/12/06 CLASS CERTIFICATION HEARING -- C 0502320 SBA**

Error! Unknown document property name.

Pursuant to Northern District of California General Order No. 58 IV.E., counsel who wish to use electronic devices in any courtroom must secure advance permission from the presiding judge. Defendant FedEx Kinko's Office and Print Services Inc.'s ("FedEx Kinko's") has timely requested for permission to use electronic devices for the hearing on Plaintiff's Motion For Class Certification scheduled for Tuesday September 12, 2006 at 1:00 p.m.  FedEx also has shown good cause for this Court to grant the requested permission – for use of demonstratives during oral argument. Accordingly, the Court hereby grants Defendant FedEx Kinko's Office and Print Services Inc.'s request to bring the following equipment into the courtroom on Tuesday September 12, 2006 for the hearing on Plaintiff's Motion For Class Certification:

1. 1 laptop;
2. 1 projector;
3. 1 portable (wireless) mouse.

FedEx Kinko's need not bring a screen because there is one in Courtroom 3 for counsel's use.

IT IS SO ORDERED

Dated:  September 11, 2006                    *Saundra B. Armstrong*

Honorable Saundra Brown Armstrong

---

**DEFENDANT'S REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR
THE 9/12/06 CLASS CERTIFICATION HEARING -- C 0502320 SBA**
**Error! Unknown document property name.**