Jonathan M. Cohen (SBN: 168207)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: jcohen@winston.com

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN WHITEWAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 05-02320 SBA<br><br>**STIPULATION STAYING MUTUAL CLASS DISCOVERY AND ORDER**<br><br>Date Action Filed:   May 19, 2005<br>Trial Date:   September 10, 2007 |

This stipulation is entered into by and among Plaintiffs Stephen Whiteway ("Mr. Whiteway") and the Class and Defendant FedEx Kinko's and Print Service, Inc. ("FedEx Kinko's") through their respective attorneys of record.

WHEREAS on September 28, 2006, FedEx Kinko's noticed for hearing on November 28, 2006, its motion to stay the entire proceeding until the Ninth Circuit resolves its petition for permission to appeal this Court's September 14, 2006 Order granting class certification;

WHEREAS Plaintiff Stephen Whiteway ("Mr. Whiteway") opposes the stay as to his individual claim;

WHEREAS the parties have agreed that the resolution of Mr. Whiteway's claim should proceed even if the Ninth Circuit were to grant permission for FedEx Kinko's to appeal the class certification decision;

1

**STIPULATION STAYING MUTUAL CLASS DISCOVERY AND [PROPOSED] ORDER**

WHEREAS the parties believe that the Ninth Circuit will have decided at least the petition within the next 120 days;

IT IS THEREFORE HEREBY STIPULATED by and among Plaintiffs and Defendant:

1. All class discovery as to the class members shall be stayed until the Ninth Circuit resolves FedEx Kinko's petition for permission to appeal or the Ninth Circuit resolves FedEx Kinko's appeal, whichever date is later;

2. Class discovery will commence immediately upon the later of these two dates;

3. Rather than close on 12/15/06, discovery will close 90 days after the date referenced in paragraph 2;

4. FedEx Kinko's will have 30 days from the date referenced in paragraph 2 to respond to the discovery requests concerning classwide issues that are contained in the discovery served by Mr. Whiteway on September 28, 2006;

5. Mutual discovery will continue as to Mr. Whiteway's individual claim;

6. Barring any unforeseen events, the trial date set in the Order for Pretrial Preparation (September 7, 2007) shall not change for Mr. Whiteway's individual claim;

7. During the stay, agents of FedEx Kinko's or FedEx Kinko's counsel may contact the Class members in the ordinary course of business but may not communicate with Class members to gather information relating to the substance of their claims;

8. In an effort to conserve the parties' and the Court's resources, the parties agree to modify the expert disclosure schedule as follows:

    Plaintiff shall designate experts by 2/15/07    (modified from 12/15/06)

    Defendant shall designate experts by 3/1/07    (modified from 12/29/06)

    Expert discovery shall be completed by 4/15/07    (modified from 2/15/07)

9. At present, the parties believe the other deadlines set forth in the Order for Pretrial Preparation can be met.

///

///

///

This stipulation is entered into without prejudice to any party's seeking further refinement or modification of the stay.

Dated:  October __, 2006  WINSTON & STRAWN LLP

By: _____
Jonathan M. Cohen, Esq.
Krista M. Enns, Esq.

Attorneys for Defendant
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.

Dated:  October __, 2006  SCOTT COLE & ASSOCIATES, APC

_____
Scott Edward Cole, Esq.
Matthew R. Bainer, Esq.
Clyde H. Charlton, Esq.

Attorneys for Plaintiffs
STEPHEN WHITEWAY AND THE CLASS

**ORDER**

IT IS SO ORDERED.

Dated:  October 12, 2006

*Saundra B. Armstrong*
_____
Hon. Saundra B. Armstrong
U.S. District Court Judge