Scott Edward Cole, Esq.
Matthew R. Bainer, Esq.
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WHITEWAY, individually, and on behalf of all others similarly situated, | Case No.: C 05 02320 SBA <br><br> **CLASS ACTION** |
| Plaintiff, <br> v. <br><br> FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., <br><br> Defendant. | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF CLASS CERTIFICATION ORDER** |

**WHEREAS,** pursuant to this Court's September 14, 2006 Order, granting certification of a plaintiffs class, Plaintiff's counsel was directed to publish notice of this class action in a newspaper of general circulation;

**WHEREAS,** Defendant represents that it maintains records of the identities and contact information for all members of the Plaintiff class and can make available such information for the purpose of distributing notice thereto by first class mail;

**WHEREAS,** counsel in the above-captioned matter believe that it would be more cost-effective to serve notice by first class mail than by general circulation in a newspaper, and that there exists an inherent difficulty in determining what publication(s) would be most effective in achieving the goals of class notice;

ACCORDINGLY, IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and through their respective counsel, that the class notice be publicized by mail instead of by circulation in a newspaper of general circulation.

IT IS SO STIPULATED:

Dated: January 16, 2007

SCOTT COLE & ASSOCIATES, APC

By: /s/ Scott Edward Cole
Scott Edward Cole, Esq.
Attorneys for the Representative Plaintiff
And the Plaintiff Class

Dated: January 16, 2007

LITTLER MENDELSON

By: _____
Keith A. Jacoby, Esq.
Attorneys for Defendant

[PROPOSED] ORDER

On the stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** that the notice of the class action will be sent by first class mail instead of publication in a newspaper of general circulation.

Dated: 1/16, 2007

By: _Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge