1  Scott Edward Cole, Esq.
   Matthew R. Bainer, Esq.
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Suite 950
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   web:    www.scalaw.com
5
   Attorneys for Representative Plaintiff
6  and the Plaintiff Class

7

8               **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

10

11  STEPHEN WHITEWAY, individually,    )   **Case No.: C 05 02320 SBA**
    and on behalf of all others similarly )
12  situated,                          )   **CLASS ACTION**
                                       )
13              Plaintiff,             )
                                       )   **[PROPOSED] ORDER (1) STAYING**
14  v.                                 )   **DEFENDANT'S ABSENT CLASS MEMBER**
                                       )   **DEPOSITIONS, AND (2) SHORTENING**
15  FEDEX KINKO'S OFFICE AND           )   **TIME ON HEARING RE: MOTION FOR**
    PRINT SERVICES, INC.,              )   **PROTECTIVE ORDER VACATING**
16                                     )   **DEFENDANT'S ABSENT CLASS MEMBER**
                Defendant.             )   **SUBPOENAS**
17  _____)

18

19

20

21

22

23

24

25

26

27

28

On the stipulated joint request of the parties and good cause appearing therefor,

**IT IS ORDERED THAT:**

(1) The absent class members depositions are hereby stayed until the Court issues a ruling on Plaintiff's Motion for a Protective Order.

(2) Plaintiff's Motion for a Protective Order regarding absent class member depositions will be heard on the following shortened schedule:

| | |
|---|---|
| Plaintiff Files Motion for Protective Order | Wednesday, February 7, 2007 |
| Defendant Files Any Opposition to Motion | Tuesday, February 13, 2007 |
| Hearing on Plaintiff's Motion | Friday, February 16, 2007 |

at ~~9:30 a.m.~~ 1:30 PM before Judge Spero

Dated: ___February 5_____, 2007

By: _____
Joseph C. Spero
United States Magistrate Judge

- 2 -
[~~Proposed~~] Order Staying Depositions and Shortening Time on Hearing