UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN WHITEWAY,

    Plaintiff(s),

v.

FEDEX KINKO'S OFFICE,

    Defendant(s).

Case No.  C05-2320 SBA (JCS)

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [Docket No. 114]**

On February 7, 2007, Plaintiff filed a Motion for Protective Order (the "Motion") [Docket No. 114].

On February 16, 2007, the Motion came on for hearing.  Matthew Bainer, counsel for Plaintiff, appeared.  Theodora Lee and Keith A. Jacoby, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED to the extent Defendant may take up to ten (10) depositions, without further leave of Court, of up to two (2) hours each, of absent class members on the subject matter of their duties and the amount of time spent on each of those duties.  Deponents will be deposed in the geographic area where they are employed.  The remainder of the Motion is DENIED.

IT IS SO ORDERED.

Dated: February 20, 2007

                                      Joseph C. Spero
                                      United States Magistrate Judge