Scott Edward Cole, Esq.
Matthew R. Bainer, Esq.
Clyde H. Charlton, Esq.
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WHITEWAY, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., <br><br> Defendant. | Case No.: C 05 02320 SBA <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DISCOVERY CUT-OFF DATES** |

This stipulation is entered into by and among Plaintiff Stephen Whiteway ("Plaintiff") and the Class and Defendant FedEx Kinko's Office and Print Services, Inc. ("Defendant") through their respective attorneys of record.

**WHEREAS,** on January 27, 2006, the Court issued its Order for Pretrial Preparation;

**WHEREAS,** on October 12, 2006, the Court entered an Order augmenting certain deadlines contained in the January 27, 2006 Order for Pretrial Preparation pending resolution of FedEx Kinko's' petition for permission to appeal;

**WHEREAS,** the parties agreed to amend certain additional discovery cut-offs to allow for completion of discovery prior to the trial date.

- 1 -
Stipulation and [Proposed] Order Re: Modification of Discovery Cut-Off Dates

WHEREAS, the parties wish to enter a stipulation to clearly identify all remaining discovery dates.

**IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO:**

1. Plaintiff shall disclose experts by March 1, 2007;

2. Defendant shall disclose experts by March 15, 2007;

3. The general discovery cut-off date shall be March 21, 2007;

4. The last day to file and notice any motions related to general discovery shall be April 15, 2007;

5. Defendant shall produce expert reports by May 1, 2007;

6. The parties shall provide counter designate rebuttal experts by May 15, 2007, provided, however, Defendant's expert report is received by Plaintiff by May 1, 2007. If Defendant's expert report is not received by Plaintiff by May 1, 2007, Plaintiff shall have until two weeks after the date report is received to provide counter designate rebuttal expert report to Defendant.

7. The expert discovery cut-off date shall be June 15, 2007; and

8. The last date to file motions relating to expert discovery shall be June 30, 2007.

**IT IS SO STIPULATED:**

Dated: March 5, 2007

                                        **SCOTT COLE & ASSOCIATES, APC**

                                        By:    /s/ Matthew R. Bainer
                                                  Matthew R. Bainer, Esq.
                                                  Attorneys for the Representative Plaintiff
                                                  And the Plaintiff Class

Dated: March 5, 2007

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

LITTLE MENDELSON

By: _____
Theodora R. Lee, Esq.
Attorneys for Defendant

[PROPOSED] ORDER

On the stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED.**

Dated: __3/16_____, 2007

By: _____
Saundra Brown Armstrong
United States District Judge