UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WHITEWAY

    Plaintiff,

    v.

FEDEX KINKO'S OFFICE
AND PRINT SERVICES, INC.

    Defendant.
_____/

No. C-05-02320 SBA (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for June 6, 2007 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **October 24, 2007**.

**On or before October 15, 2007, the parties shall deliver directly to the magistrate judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of Court or served upon parties**. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order, docket no. 90, remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: April 12, 2007

                                                            _____
                                                            ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge