# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**TIME IN HEARING: 50 MINUTES**                                      Date:**9**/29/09

**C-05-02320 SBA**          **JUDGE: SAUNDRA BROWN ARMSTRONG**

Title: **WHITEWAY** vs. **FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.**

Atty.: **KEVIN R. ALLEN**          **KEITH JACOBY**

        **SCOTT COLE**

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:** DIANE SKILLMAN

**PROCEEDINGS**

Plt   DFT
( )  (X)1. **MOTION FOR CLASS DECERTIFICATION**
( )  ( ) 2. **CASE MANAGEMENT CONFERENCE - NOT HELD**
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( ) Granted     ( ) Denied     ( ) Off Calendar
              ( ) Granted/Part  ( ) Denied/Part  (1) Submitted
( X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

## RESULT OF CASE MANAGEMENT CONFERENCE

Case Continued to _____ for a Telephone Case Management Conference at p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: ORAL ARGUMENT HELD

_____ cc: