# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WHITEWAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX KINKOS OFFICE AND PRINT SERVICES, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: C 05-2320 SBA<br><br>**ORDER RE MOTIONS IN LIMINE** |

IT IS HEREBY ORDERED THAT the Order for Pretrial Preparation is modified with respect to the submission of motions *in limine*. Each side shall file all of their *in limine* motions (if any) and oppositions thereto in a single memorandum, not to exceed 10 pages in length. Motions *in limine* shall be filed by Noon, February 9, 2010 and Oppositions shall be filed by close of business on February 12, 2010. The parties may file a reply, not to exceed 5 pages, by Noon on February 16, 2010. The Court will not consider any motion *in limine* unless the parties have certified that they have first met and conferred, as required by the Court's standing orders. Any request to exceed the page limit must be submitted prior to the deadline for these briefs and must be supported by a showing of good cause and a certification that the applicant has met and conferred with the opposing party. All other provisions of the Order for Pretrial Preparation shall remain unchanged.

IT IS SO ORDERED.

Dated: January 29, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge